RECEIVED
DEC - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **HERMAN JAMES, JR.** La. DOC # 497859 | **CIVIL ACTION NO. 08-0970** **SECTION P** |
| VS. | JUDGE MELANÇON |
| **ROBERTA BOUDREAUX, ET AL.** | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 8th day of December, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE